1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11  RANDALL S. HOLDEN,                ) CASE NO. CV 10-4502-AHM (PJW)
                                      )
12                 Petitioner,        )
                                      ) J U D G M E N T
13            v.                      )
                                      )
14  KELLEY HARRINGTON,                )
                                      )
15                 Respondent.        )
    ─────────────────────────────────)

16

17        Pursuant to the Order Dismissing Petition Without Prejudice,

18        IT IS HEREBY ADJUDGED that the Petition is denied and the action

19  is dismissed without prejudice.

20

21        DATED:   June 22, 2010

22

23                                    _____

24  **JS-6**                          A. HOWARD MATZ
                                      UNITED STATES DISTRICT JUDGE
25

26

27

28

    C:\Temp\notesE1EF34\~6318826.wpd