O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4502 AHM (PJW) | Date | November 15, 2010 |
|---|---|---|---|
| Title | RANDALL S. HOLDEN v. KELLEY HARRINGTON | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

It has come to the Court's attention that Petitioner apparently did not receive any of the items listed in the docket for this case. As a result of the Court's failure, Petitioner therefore did not receive timely notice of the Judgment and some of the related filings leading up to and accompanying it.

The Court acts *sua sponte* under its equitable powers and under Rule 4(a)(6) of the Federal Rules of Appellate Procedure to reopen the time for appeal for a period of 14 days to permit Petitioner to file a notice of appeal, request a certificate of appealability from the Ninth Circuit (28 U.S.C. § 2253(c)(1)), or take such other action he deems appropriate to perfect an appeal from the Judgment entered June 22, 2010. The Court finds that Petitioner did not receive notice of the Judgment within 21 days of entry of the Judgment, Fed. R. App. P. 4(a)(6)(A); that the Court's action is being taken within 180 days after entry of the Judgment, *see* Fed. R. App. P. 4(a)(6)(B); and that no party will be prejudiced by the relief granted, Fed. R. App. P. 4(a)(6)(C).

**PETITIONER MUST MOVE PROMPTLY TO PROTECT HIS RIGHT TO APPEAL. HE MAY LOSE THAT RIGHT AS EARLY AS NOVEMBER 29, 2010 UNLESS HE DOES SO.**

|  | : |
|---|---|
| Initials of Preparer | SMO |