O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4502 AHM (PJW) | Date | November 17, 2010 |
|---|---|---|---|
| Title | RANDALL S. HOLDEN v. KELLEY HARRINGTON | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | | Not Reported | |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

With reference to the Court's order of November 15, 2010, the Court hereby provides copies of the Judgment and Order Dismissing Petition in this case.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL S. HOLDEN,<br><br>           Petitioner,<br><br>    v.<br><br>KELLEY HARRINGTON,<br><br>           Respondent. | CASE NO. CV 10-4502-AHM (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Petition Without Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

    DATED: June 22, 2010

**JS-6**

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~6318826.wpd

Exhibit A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL S. HOLDEN,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>KELLEY HARRINGTON,<br><br>　　　　　Respondent. | CASE NO. CV 10-4502-AHM (PJW)<br><br>ORDER DISMISSING PETITION<br>WITHOUT PREJUDICE |

　　　In 2008, Petitioner pled no contest in Los Angeles County Superior Court to two counts of committing lewd acts with a child under the age of 14 and one count of rape by a foreign object. (*See* Petition for Writ of Habeas Corpus ("Petition") at 2.)  He received a 12-year sentence in prison. (Petition at 2.)  On June 14, 2010, he filed the instant Petition, claiming ineffective assistance of counsel. (Petition, Attachments.)  This Petition is nearly identical to the petition that was dismissed by the Court less than a month ago on June 1, 2010. (*See* Case No. CV 10-3184-AHM (PJW), Order Dismissing Petition Without Prejudice.)  The Court dismissed the previous petition because, as Petitioner conceded, it was unexhausted.  So, too, is the instant Petition.  Petitioner indicates that he has not raised any of the claims in the Petition in the California Supreme

Exhibit B

Court. (*See* Petition at 5-6.) Moreover, a check of the California Appellate Courts' website does not show any filings from Petitioner in the California Supreme Court.

As a matter of comity between state and federal courts, a federal court will generally not address the merits of a habeas corpus petition unless the petitioner has first exhausted his state remedies. *Rose v. Lundy*, 455 U.S. 509, 518-22 (1982). Indeed, Congress has instructed that this Court cannot grant a habeas petition unless the claims have been exhausted or there is no available state corrective process. *See* 28 U.S.C. § 2254(b)(1). To exhaust state remedies, a petitioner must fairly present his contentions to the state courts, and the highest court of the state must dispose of them on the merits. *O'Sullivan v. Boerckel*, 526 U.S. 838, 842, 844-45 (1999).

This Court must, again, dismiss the Petition without prejudice because Petitioner has not exhausted his remedies. *See Rasberry v. Garcia*, 448 F.3d 1150, 1154 (9th Cir. 2006) ("Once a district court determines that a habeas petition contains only unexhausted claims, it need not inquire further as to the petitioner's intentions. Instead, it may simply dismiss the habeas petition for failure to exhaust."). A dismissal for failure to exhaust is not a bar to returning to

/ / /

Exhibit B

federal court *after* properly exhausting available state remedies. Accordingly, the Petition is hereby dismissed.

IT IS SO ORDERED

DATED:  June 22, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesE1EF34\LA10CV04502AHM-O.wpd